THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES F. STIELOW, Appellant.

(Argued January 19, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Supreme Court, rendered July 23, 1915, at a Trial Term for the county of Orleans upon a verdict convicting the defendant of the crime of murder in the first degree.

*David A. White* for appellant.

*John C. Knickerbocker, District Attorney (H. A. Blake* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: POUND, J.